Argued January 26, reversed and remanded February 9, reconsideration denied March 17, petition for review denied April 13, 1976

STATE OF OREGON, *Appellant,*

*v.*

CLAIRE CECILIA FREEMAN, *Respondent.*

(No. 35786, CA 5136)

545 P2d 136

*Rhidian M. M. Morgan,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

*Paul J. De Muniz,* Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Schwab, Chief Judge, and Foley and Lee, Judges.

PER CURIAM.

**PER CURIAM.**

Reversed and remanded. *State v. Corbett,* 15 Or App 470, 516 P2d 487 (1973), Sup Ct *review denied* (1974); *State v. Brown,* 1 Or App 322, 461 P2d 836 (1969), Sup Ct *review denied* (1970).